UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEA HARDIN,<br><br>　　　　　　　Plaintiff(s),<br><br>v.<br><br>DOLLAR TREE STORES, INC., and DOES 1 TO 100<br><br>　　　　　　　Defendant(s). | Case No.: 2:16-cv-02432-JAM-EFB<br><br>(Nevada County Superior Court Case No. CU16-081849)<br><br>**ORDER MODIFYING DECEMBER 7, 2016, SCHEDULING ORDER** |

Good cause appearing, it is hereby ORDERED that the dates set forth in the December 7, 2016, scheduling Order are modified as follows:

1. The parties shall exchange all expert witness reports required by F.R.C.P. 26(a)(2)(B) by no later than September 25, 2017.

2. The current discovery cut-off date of September 25, 2017, shall be continued for 60 days, to November 24, 2017, <u>for expert discovery only</u>.

3. The deadline to file dispositive motions shall be continued from November 7, 2017, to December 5, 2017.

- 1 -
**[PROPOSED] ORDER MODIFYING SCHEDULING ORDER**
2:16-cv-02432-JAM-EFB

4. The deadline to hear dispositive motions shall be continued from Tuesday, December 5, 2017, at 1:30 p.m., to Tuesday, January 16, 2018, at 1:30 p.m.

5. The deadline to file a joint pre-trial conference statement shall be continued from January 26, 2018, to March 2, 2018.

6. The pre-trial conference shall be continued from February 2, 2018, at 10:00 a.m. to March 9, 2018, at 10:00 a.m.

7. The trial date shall be continued from March 12, 2018, at 9:00 a.m. to May 14, 2018, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: 8/15/2017 /s/ John A. Mendez_____
Hon. John A. Mendez