UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEA HARDIN,<br><br>    Plaintiff(s),<br><br>v.<br><br>DOLLAR TREE STORES, INC., and DOES 1 TO 100<br><br>    Defendant(s). | Case No.: 2:16-cv-02432-JAM-EFB<br><br>(Nevada County Superior Court Case No. CU16-081849)<br><br>**ORDER MODIFYING THE AUGUST 15, 2017 MODIFIED SCHEDULING ORDER** |

   Good cause appearing, it is hereby ORDERED that the dates set forth in the August 15, 2017 Modified Scheduling Order are modified as follows:

   1.  The current expert discovery cut-off date of November 24, 2017, shall be continued for 90 days, to February 23, 2018.

   2.  Nothing in this order shall be construed to re-open non-expert discovery.

**<u>IT IS SO ORDERED.</u>**

Dated: 10/25/17              <u>/s/ John A. Mendez  </u>
                     Hon. John A. Mendez