UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEA HARDIN,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>DOLLAR TREE STORES, INC., and DOES 1 TO 100<br><br>　　　　　　Defendant(s). | Case No.: 2:16-cv-02432-JAM-EFB<br><br>(Nevada County Superior Court Case No. CU16-081849)<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DIMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Stipulation between plaintiff Shea Hardin and Defendant Dollar Tree Stores, Inc., this action is dismissed with prejudice, in its entirety, with each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: 2/28/2018　　　　　　　/s/ John A. Mendez_____

　　　　　　　　　　　　　　　The Honorable John A. Mendez
　　　　　　　　　　　　　　　United States District Court Judge

I:\28000-000\28014\Pleadings\Federal\Order on Stip re Voluntary Dismissal.docx